Nathan S. Miller, #240278
MILLER & AYALA, LLP
191 W. Shaw Suite 102
Fresno, California 93704
Telephone: (559) 222-6622
Facsimile:   (559) 222-6626

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>              Plaintiff,<br><br>     vs.<br><br>HALLAIAN BROTHERS INVESTMENTS NO. 2, a California general partnership; GENOVA MANAGEMENT GROUP, LLC, a California limited liability company, dba ME-N-ED'S PIZZA PARLOR;<br>              Defendants. | No. 1:13-CV00360 –AWI-BAM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendants, Hallaian Brothers Investments and Genova Management Group, LLC (Defendants), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 144(a), Defendants, Hallaian Brothers Investments and Genova Management Group, LLC may have to and including to May 13, 2013 to file a responsive pleading in this matter. This extension of time is Defendant's first extension and does not alter the date of any event or any deadline already fixed by Court order, and does not exceed twenty-eight (28) days.

**IT IS SO STIPULATED.**                                             MOORE LAW FIRM, PC

Date: April 29, 2013                                                  /s/ Tanya E. Moore
                                                                      Tanya E. Moore, Attorneys for Plaintiff

Date: April 30, 2012                                                  /s/ Nathan S. Miller
                                                                      Nathan S. Miller, Attorney for Defendant

## ORDER

Pursuant to Local Rule 144(a) and the parties stipulation, **IT IS HEREBY ORDERED** that Defendants, 1) Hallaian Brothers Investments No. 2, a California General Partnership; 2) Genova Management Group, LLC, a California limited liability company, dba Me-N-Ed's Pizza Parlor may have up to and including **May 13, 2013** to file a responsive pleading in this matter.

IT IS SO ORDERED.

Dated:   **April 29, 2013**            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE