Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>          Plaintiff,<br><br>     vs.<br><br>HALLAIAN BROTHERS INVESTMENTS NO. 2, a California general partnership, et al.,<br><br>          Defendants. | No.  1:13-cv-00360-BAM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendants Hallaian Brothers Investments No. 2, a California general partnership, and Genova Management Group, LLC, a California limited liability company dba Me-N-Ed's Pizza Parlor, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: October 1, 2013

MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
John Morales

Date: October 1, 2013          MILLER & AYALA, LLP

*/s/ Nathan S. Miller*
Nathan S. Miller
Attorneys for Defendants
Hallaian Brothers Investments No. 2, a California general partnership, and Genova Management Group, LLC, a California limited liability company dba Me-N-Ed's Pizza Parlor

## **ORDER**

Pursuant to the stipulation of dismissal filed on October 1, 2013 by Plaintiff John Morales, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 1, 2013**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE